UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOSHUA NEIL HARRELL, | ) |
| | ) |
| Petitioner, | ) Case No. EDCV 15-1139 AB (AJW) |
| | ) |
| v. | ) |
| | ) ORDER ACCEPTING REPORT AND |
| S. M. SALINAS, WARDEN, | ) RECOMMENDATION OF |
| | ) MAGISTRATE JUDGE |
| Respondent. | ) |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a _de_ _novo_ determination of the portions to which objections were directed.

DATED: May 26, 2016

_____
André Birotte Jr.
United States District Judge