UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOSHUA NEIL HARRELL, | Case No. EDCV 15-1139-AB(AJW) |
| Petitioner, | |
| v. | |
| S.M. SALINAS, Warden, | JUDGMENT |
| Respondent. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: May 26, 2016

_____
André Birotte Jr.
United States District Judge